**FILED**

AUG 1 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

[SEALED]                        )
                                )
                                )  MISC. NO.
                                )
_____)  2:08-MJ-0279 KJM

<u>SEALING ORDER</u>

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be and is hereby ordered SEALED until further order of this Court.

DATED: August 11, 2008

_____
THE HONORABLE KIMBERLY J. MUELLER
United States Magistrate Judge

**SEALED**

1