1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LAURA L. FERRIS
   KENNETH J. MELIKIAN
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )      2:08-cr-00427-MCE
                                   )
12                 Plaintiff,      )
                                   )
13        v.                       )      **STIPULATION AND PROTECTIVE**
                                   )      **ORDER BETWEEN**
14  VARDGES EGIAZARIAN, et al.,    )      **UNITED STATES AND ALL**
                                   )      **DEFENDANTS**
15                                 )
                   Defendants.     )
16  _____)

17       Defendants Vardges Egiazarian, Migran Petrosyan, Khachatur

18  Arutunyan, Derrick Johnson, and Lana Le Chabrier, and Plaintiff, the

19  United States of America, by and through their counsel of record,

20  hereby agree and stipulate as follows:

21       1.   This Court may enter protective orders pursuant to Rule

22  16(d) of the Federal Rules of Criminal Procedure, and its general

23  supervisory authority.

24       2.   This Order pertains to all discovery provided to or made

25  available to Defense Counsel as part of discovery in this case

26  (hereafter, collectively known as "the discovery").

27  ///

28  ///

                                1

3.    Defense Counsel shall not disclose any of the discovery to any person other than their respective defendant/client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators, involved in the representation of his/her defendant/client.  Further, in disclosing discovery to defendants, personal information included in the discovery, such as persons' dates of birth, addresses, telephone numbers, social security numbers, and driver's license numbers, shall be redacted, and shall not be provided to any defendant in any manner or form.

4.    The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States Government.  Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.    If Defense Counsel make, or cause to be made, any further copies of any of the discovery, Defense Counsel will inscribe the following notation on each copy: "U.S. Government Property; May Not Be Used Without U.S. Government Permission."

///
///
///
///
///
///

7.    If defense Counsel release custody of any of the
discovery, or authorized copies thereof, to any person described in
paragraph (3), Defense Counsel shall provide such recipients with
copies of this Order and advise that person that the discovery is
the property of the Unites States Government, that the discovery and
information therein may only be used in connection with the
litigation of this case and for no other purpose, and that an
unauthorized use of the discovery may constitute a violation of law
and/or contempt of court.

8.    Defense Counsel shall be responsible for advising his or
her respective defendant, employees, and other members of the
defense team, and defense witnesses of the contents of this
Stipulation/Order.

**IT IS SO STIPULATED.**

DATED:  1/5/09                    LAWRENCE G. BROWN
                                  Acting United States Attorney


                                  By:   /s/ Laura L. Ferris
                                  LAURA L. FERRIS
                                  KENNETH J. MELIKIAN
                                  Assistant U.S. Attorneys


DATED: 1/9/09                     By:   /s/ Fred G. Minassian
                                  FRED G. MINASSIAN
                                  Counsel for Defendant
                                  VARDGES EGIAZARIAN


DATED: 12/11/08                   By:   /s/ Elon Berk
                                  ELON BERK
                                  Counsel for Defendant

3

MIGRAN PETROSYAN

DATED: 12/11/08                    By:   /s/ Dmitry Y. Gurovich
                                   DMITRY Y. GUROVICH
                                   Attorney for Defendant
                                   KHACHATUR ARUTUNYAN


DATED: 12/11/08                    By:   /s/ Timothy Warriner
                                   TIMOTHY WARRINER
                                   Attorney for Defendant
                                   DERRICK JOHNSON


DATED: 12/22/08                    By:   /s/ Joseph Wiseman
                                   JOSEPH WISEMAN
                                   Attorney for Defendant
                                   LANA LE CHABRIER


**IT IS SO FOUND AND ORDERED.**

Dated: January 20, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE