```
LAWRENCE G. BROWN
Acting United States Attorney
PHILIP A. FERRARI
SEAN C. FLYNN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>VARDGES EGIAZARIAN,<br>    aka David Akerman,<br>    aka Ron Rubens,<br>MIGRAN PETROSYAN,<br>    aka Arthur Dupont,<br>    aka Maxim Koffman,<br>KHACHATUR ARUTUNYAN,<br>    aka Hutch Arut,<br>    aka Hutch Arutunyan,<br>    aka Hutch Harutunyan,<br>DERRICK JOHNSON, and<br>LANA LE CHABRIER,<br><br>           Defendants. | CASE NO. CR S 08-00427-MCE<br><br>STIPULATION AND<br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE<br><br>Date: April 30, 2009<br>Time: 9:00 a.m.<br>Hon. Morrison C. England |

    It is hereby stipulated and agreed to between the United States of America through SEAN C. FLYNN, Assistant United States Attorney, and defendants, VARDGES EGIAZARIAN, MIGRAN PETROSYAN, KHACHATUR ARUTUNYAN, DERRICK JOHNSON, and LANA LE CHABRIER, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, April 30, 2009, be continued to Thursday, June 4, 2009, at 9:00 a.m.

1

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June 4, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATE: April 29, 2009          By:   /s/ Sean C. Flynn
                                    SEAN C. FLYNN
                                    Assistant U.S. Attorney


DATE: April 29, 2009          By:   /s/ Jerome Kaplan
                                    JEROME KAPLAN
                                    Att'y for Vardges Egiazarian


DATE: April 29, 2009          By:   /s/ Elon Berk
                                    ELON BERK
                                    Att'y for Migran Petrosyan


DATE: April 29, 2009          By:   /s/ Dmitry Yuzef Gurovich
                                    DIMITRY YUSEF GUROVICH
                                    Att'y for Khachatur Arutunyan


DATE: April 29, 2009          By:   /s/ Timothy E. Warriner
                                    TIMOTHY E. WARRINER
                                    Att'y for Derrick Johnson

DATE: April 29, 2009          By:    /s/ Joseph J. Wiseman
                                     JOSEPH J. WISEMAN
                                     Att'y for Lana Le Chabrier


O R D E R

   IT IS SO ORDERED.

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE