```
LAWRENCE G. BROWN
Acting United States Attorney
PHILIP A. FERRARI
SEAN C. FLYNN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 08-0427-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | STATUS CONFERENCE |
| VARDGES EGIAZARIAN, ) | |
|     aka David Akerman, ) | |
|     aka Ron Rubens, ) | Date: July 16, 2009 |
| MIGRAN PETROSYAN, ) | Time: 9:00 a.m. |
|     aka Arthur Dupont, ) | Hon. Morrison C. England |
|     aka Maxim Koffman, ) | |
| KHACHATUR ARUTUNYAN, ) | |
|     aka Hutch Arut, ) | |
|     aka Hutch Arutunyan, ) | |
|     aka Hutch Harutunyan, ) | |
| DERRICK JOHNSON, and ) | |
| LANA LE CHABRIER, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

    It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants, VARDGES EGIAZARIAN, MIGRAN PETROSYAN, KHACHATUR ARUTUNYAN, DERRICK JOHNSON, and LANA LE CHABRIER, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, June 4, 2009, be continued to Thursday, July 16, 2009, at 9:00

a.m.

    Speedy trial time is to be excluded from the date of this order through the date of the status conference set for July 16, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATE: June 3, 2009       By:  /s/ Philip A. Ferrari
                                   PHILIP A. FERRARI
                                   Assistant U.S. Attorney

DATE: June 3, 2009       By:  /s/ Philip A. Ferrari for
                                   JEROME KAPLAN
                                   Att'y for Vardges Egiazarian

DATE: June 3, 2009       By:  /s/ Philip A. Ferrari for
                                   ELON BERK
                                   Att'y for Migran Petrosyan

DATE: June 3, 2009       By:  /s/ Philip A. Ferrari for
                                   DIMITRY YUSEF GUROVICH
                                   Att'y for Khachatur Arutunyan

DATE: June 3, 2009       By:  /s/ Philip A. Ferrari for
                                   TIMOTHY E. WARRINER
                                   Att'y for Derrick Johnson

DATE: June 3, 2009       By:  /s/ Philip A. Ferrari for
                                   JOSEPH J. WISEMAN
                                   Att'y for Lana Le Chabrier

**O R D E R**

    IT IS SO ORDERED.

Dated: June 3, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE