LAWRENCE G. BROWN
Acting United States Attorney
PHILIP A. FERRARI
SEAN C. FLYNN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>  v.             )<br>)<br>KHACHATUR ARUTUNYAN, )<br>MIGRAN PETROSYAN, and )<br>LANA LE CHABRIER, )<br>)<br>       Defendants. )<br>_____) | CASE NO. CR S 08-0427-MCE<br><br>STIPULATION AND PROPOSED<br>ORDER FOR CONTINUANCE OF<br>STATUS CONFERENCE<br><br>Date: October 29, 2009<br>Time: 9:00 a.m.<br>Hon. Morrison C. England |

   It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants, KHACHATUR ARUTUNYAN, MIGRAN PETROSYAN, and LANA LE CHABRIER, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, October 1, 2009, be continued to Thursday, October 29, 2009, at 9:00 a.m.  The parties continue to review discovery and seek possible resolution of this matter.

   Speedy trial time is to be excluded from the date of this order through the date of the status conference set for October 29, 2009, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable

1

time to prepare] (Local Code T4).

                                         Respectfully Submitted,

                                         LAWRENCE G. BROWN
                                         Acting United States Attorney

DATE: September 29, 2009     By:  /s/ Philip A. Ferrari
                                               PHILIP A. FERRARI
                                             Assistant U.S. Attorney

DATE: September 29, 2009     By:  /s/ Philip A. Ferrari for
                                             ELON BERK
                                           Att'y for Migran Petrosyan

DATE: September 29, 2009     By:  /s/ Philip A. Ferrari for
                                           DMITRY GUROVICH
                                           Att'y for Khachatur Arutunyan

DATE: September 29, 2009     By:  /s/ Philip A. Ferrari for
                                           JOSEPH J. WISEMAN
                                           Att'y for Lana Le Chabrier

**O R D E R**

      IT IS SO ORDERED.

Dated: September 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE