**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone:  530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**LANA LE CHABRIER**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-00427-MCE |
|         Plaintiff, ) | |
|   vs. ) | **STIPULATION AND ORDER TO CONTINUE STATUS** |
| LANA LE CHABRIER; et al., ) | |
|         Defendants. ) | |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Phillip A. Ferrari, Assistant United States Attorney, and Defendants, LANA LE CHABRIER, through her counsel of record, Joseph J. Wiseman, MIGRAN PETROSYAN, through his counsel of record, Elon Berk, and KHACHATUR ARUTUNYAN, through his counsel of record, Dmitry Y. Gurovich, that the status conference in the above-captioned matter set for Thursday, October 29, 2009, be continued to Thursday, December 3, 2009, at 9:00 a.m.

The parties further stipulate and agree that the time beginning October 29, 2009 and extending through December 3, 2009, be ordered excluded from the calculation of time under the Speedy Trial Act.  The ends of justice will be served by the Court excluding such time, so that counsel for the Defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

Specifically, the defendants need additional time to review the extensive discovery provided by the government.

The parties submit that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(b)(iv). (Local Code T4).

Dated: October 27, 2009            Respectfully submitted,

                                            JOSEPH J. WISEMAN, P.C.

                                            By:     /s/ Joseph J. Wiseman

                                                   JOSEPH J. WISEMAN
                                                   Attorney for Defendant
                                                   Lana  Le Chabrier

Dated: October 27, 2009            By:     /s/ Elon Berk
                                                 ELaN BERK
                                               Attorney for Migran Petrosyan

Dated: October 27, 2009            By: /s/ Dmitry Yuzef Gurovich
                                               DIMITRY YUSEF GUROVICH
                                             Attorney for Khachatur Arutunyan

Dated: October 27, 2009            LAWRENCE G. BROWN
                                            United States Attorney

                                            By:     /s/ Phillip A. Ferrari
                                                 PHILLIP A. FERRARI, AUSA
                                                 Attorney for Plaintiff
                                                 UNITED STATES OF AMERICA

# ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the status conference in the above-captioned case shall be continued to December 3, 2009 at 9:00 a.m.

DATED: October 29, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE