BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KHACHATUR ARUTUNYAN, and ) <br> MIGRAN PETROSYAN, ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. 2:08-cr-00427-MCE <br><br> STIPULATION AND <br> ORDER FOR CONTINUANCE OF <br> STATUS CONFERENCE <br><br> Date: February 25, 2010 <br> Time: 9:00 a.m. <br> Hon. Morrison C. England |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants, KHACHATUR ARUTUNYAN and MIGRAN PETROSYAN, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, January 28, 2010, be continued to Thursday, February 25, 2010, at 9:00 a.m. The parties continue to review discovery and seek possible resolution of this matter.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 25, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

1

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

DATE: January 26, 2010         By:   /s/ Philip A. Ferrari
                                     PHILIP A. FERRARI
                                     Assistant U.S. Attorney

DATE: January 26, 2010         By:   /s/ Philip A. Ferrari for
                                     ELON BERK
                                     Att'y for Migran Petrosyan

DATE: January 26, 2010         By:   /s/ Philip A. Ferrari for
                                     DMITRY GUROVICH
                                     Att'y for Khachatur Arutunyan
```

**O R D E R**

IT IS SO ORDERED.

Dated: January 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE