1 BENJAMIN B. WAGNER
United States Attorney
2 PHILIP A. FERRARI
Assistant U.S. Attorney
3 501 "I" Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2700

5

6

7                IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )     CASE NO. CR S 08-0427-MCE
                                 )
11            Plaintiff,          )
                                 )     STIPULATION AND
12      v.                        )     ORDER FOR CONTINUANCE OF
                                 )     STATUS CONFERENCE
13 KHACHATUR ARUTUNYAN, and       )
MIGRAN PETROSYAN,                )
14                                )     Date: April 8, 2010
              Defendants.        )     Time: 9:00 a.m.
15 _____)     Hon. Morrison C. England

16

17       It is hereby stipulated and agreed to between the United

18 States of America through PHILIP A. FERRARI, Assistant United

19 States Attorney, and defendants, KHACHATUR ARUTUNYAN and MIGRAN

20 PETROSYAN, by and through their respective counsel, that the

21 status conference in the above-captioned matter set for Thursday,

22 February 25, 2010, be continued to Thursday, April 8, 2010, at

23 9:00 a.m.  The parties continue to review discovery and seek

24 possible resolution of this matter.

25       Speedy trial time is to be excluded from the date of this

26 order through the date of the status conference set for April 8,

27 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time

28 to prepare] (Local Code T4).

1

1

Respectfully Submitted,

2

BENJAMIN B. WAGNER
United States Attorney

3

4      DATE: February 24, 2010          By:    /s/ Philip A. Ferrari
                                                PHILIP A. FERRARI
5                                               Assistant U.S. Attorney

6      DATE: February 24, 2010          By:    /s/ Philip A. Ferrari for
                                                ELON BERK
7                                               Att'y for Migran Petrosyan

8      DATE: February 24, 2010          By:    /s/ Philip A. Ferrari for
                                                DMITRY GUROVICH
9                                               Att'y for Khachatur Arutunyan

10

11

12                              **O R D E R**

13

14           IT IS SO ORDERED.

15

16      Dated: February 24, 2010

17

18                                        _____
                                          MORRISON C. ENGLAND, JR.
19                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28