BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR S 08-0427-MCE |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND PROPOSED |
| v. ) | ORDER FOR CONTINUANCE OF |
| ) | STATUS CONFERENCE |
| KHACHATUR ARUTUNYAN, ) | |
| MIGRAN PETROSYAN, and ) | |
| LANA LE CHABRIER, ) | Date: May 13, 2010 |
| ) | Time: 9:00 a.m. |
| Defendants. ) | Hon. Morrison C. England |
| _____) | |

It is hereby stipulated and agreed to between the United States of America through PHILIP A. FERRARI, Assistant United States Attorney, and defendants, KHACHATUR ARUTUNYAN, MIGRAN PETROSYAN, and LANA LE CHABRIER, by and through their respective counsel, that the status conference in the above-captioned matter set for Thursday, April 29, 2010, be continued to Thursday, May 13, 2010, at 9:00 a.m.

A status conference was originally set to occur in this matter on April 8, 2010. On April 6, 2010, the Court moved the date of this conference on its own order. The parties request this continuance for reasons of counsel's availability, and because the parties continue to review discovery and seek

possible resolution of this matter.  Speedy trial time is to be excluded from the date of the originally set status conference, April 8, 2010, through the date of the status conference set for May 13, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

DATE: April 20, 2010        By:  /s/ Philip A. Ferrari
                                           PHILIP A. FERRARI
                                           Assistant U.S. Attorney

DATE: April 20, 2010        By:  /s/ Philip A. Ferrari for
                                           ELON BERK
                                           Att'y for Migran Petrosyan

DATE: April 20, 2010        By:  /s/ Philip A. Ferrari for
                                           DMITRY GUROVICH
                                           Att'y for Khachatur Arutunyan

DATE: April 20, 2010        By:  /s/ Philip A. Ferrari for
                                           JAN D. KAROWSKY
                                           Att'y for Lana Le Chabrier

**O R D E R**

       IT IS SO ORDERED.

Dated: April 20, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE