Elon Berk, Esq. [SBN 209642]
**GUROVICH, BERK & ASSOCIATES, APC**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, California 91403
Tel: (818) 205-1555
Fax: (818) 205-1559
Attorney for Defendant
Migran Petrosyan

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **NO.2:08-cr-00427-MCE** |
| ) | |
| Plaintiffs, ) | **ORDER TO CONTINUE SENTENCING** |
| ) | **DATE FROM JULY 28, 2011 to** |
| v. ) | **OCTOBER 20, 2011** |
| ) | |
| MIGRAN PETROSYAN, ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

For good cause shown, IT IS HEREBY ORDERED THAT:

Defendant's Sentencing is hereby continued from July 28, 2011 to October 20, 2011 at 9:00 A.M.  Furthermore, the time period from July 28, 2011 to October 20, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Rule T4.

\\
\\
\\
\\

___
JOINT STIPULATION REQUESTING CONTINUANCE OF SENTENCING DATE

1  The Court specifically finds that the ends of justice served by
2 taking the action ordered outweigh the best interest of the public and
3 the defendant in a speedy trial.
4
 Dated: July 19, 2011
5
6  _____
7  MORRISON C. ENGLAND, JR.
 UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28