```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PHILIP A. FERRARI
    JEAN M. HOBLER
 3  Assistant U.S. Attorney
    501 I Street, Suite 10-100
 4  Sacramento, CA 95814
    Telephone: (916) 554-2700
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9          FOR THE EASTERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No.  2:08-CR-00427 MCE |
| 12         Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING FOR DEFENDANT PETROSYAN; ORDER |
| 13      v. | |
| 14  VARDGES EGIAZIARAN, et al, | |
| 15         Defendants. | |

17  IT IS HEREBY STIPULATED by and between the parties hereto
18  through their respective counsel, AUSA Jean M. Hobler, attorney
19  for plaintiff, and Elon Berk, attorney for defendant Migran
20  Petrosyan, that the current hearing on judgment and sentencing
21  set for December 7, 2012, be vacated and the matter be re-set for
22  May 23, 2013, at 9:00 a.m.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1

    The parties stipulate that good cause is present for such a continuance as the defendant is continuing cooperation under his respective plea agreement and may be called as a witness in a pending case currently set for trial in April 2013.

    **IT IS SO STIPULATED.**

```
Dated:   November 29, 2012         BENJAMIN B. WAGNER
                                   United States Attorney


                                   By: /s/ Jean M. Hobler
                                      JEAN M. HOBLER
                                      Assistant U.S. Attorney



Dated:   November 29, 2012


                                   By: /s/ Jean M. Hobler for
                                      ELON BERK
                                      Counsel for Defendant
                                      MIGRAN PETROSYAN
                                      (Signature authorized on
                                      Nov. 29, 2012)
```

    **IT IS SO ORDERED.**

Dated:   December 6, 2012

                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE