Elon Berk, Esq. [SBN 209642]
**GUROVICH, BERK & ASSOCIATES, APC.**
15250 Ventura Blvd., Suite 1220
Sherman Oaks, CA 91403
Tel: 818-205-1555
Fax: 818-205-1559

Attorney for Defendant
MIGRAN PETROSYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>          v.<br><br>MIGRAN PETROSYAN, et al.<br><br>Defendants. | Case No. 2:08-CR-427-MCE<br><br>Order |

    Based on the declaration of Defendant Migran Petrosyan's attorney, Elon Berk, and the motion submitted to this Court on May 14, 2014, ECF No. 882, Defendant Petrosyan's bond is hereby exonerated.

///

///

///

1

Accordingly, all guarantors and their real property are hereby released from any further obligations to this Court.

IT IS SO ORDERED.

Dated:  May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT