GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
15260 Ventura Blvd., Suite 800
Sherman Oaks, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
MIGRAN PETROSYAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-cr-00427-02 |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY CONDITIONS OF SUPERVISED RELEASE TO ALLOW TRAVEL FOR WORK PURPOSES; ORDER |
| vs. | |
| MIGRAN PETROSYAN, | |
| Defendant | |

Defendant, by and through his counsel of record, George G. Mgdesyan, has contacted Assistant United States Attorney Philip Ferrari, and the parties have agreed to the following:

1. On December 5, 2013, Mr. Petrosyan was sentenced in this action based on his plea agreement, to a term of 27 months imprisonment, followed by a term of supervised release for 36 months. (Dkt. No. 826).

2. Mr. Petrosyan was also ordered to pay restitution, in the amount of $370,607.63. (*Id.*)

3. On January 4, 2016, Mr. Petrosyan was released from custody. Since his release, Mr. Petrosyan has been fully compliant with all terms of his release, including his restitution obligations.

4. Mr. Petrosyan is currently employed as a watch dealer. He is in the business of buying and selling luxury watches, and frequently deals with pawn shops and other businesses in the course of securing sales and purchases. As such, travel is frequently

required in the course of Mr. Petrosyan's employment, as he is frequently required to travel to different states in order to conduct said transactions.

5. Allowing Mr. Petrosyan the ability to travel throughout the United States for purposes of work will also assist Mr. Petrosyan in paying off the remaining balance of restitution, as it will allow him to expand his business.

6. Defense Counsel has contacted Probation Officer Charles Burgess of the Central District of California and notified Mr. Burgess of this request. He has indicated he is not opposed to the request.

7. Defense Counsel has also contacted AUSA Philip Ferrari regarding this request. Mr. Ferrari indicated he is not opposed to the instant request.

8. Mr. Petrosyan, having fulfilled all conditions of his supervised release thus far, should be allowed to travel throughout the United States for work purposes, and the terms of his supervised release should be modified to reflect said modification.

Dated: May 30, 2018

/s/ *George Mgdesyan*
George G. Mgdesyan

/s/ *Philip Ferrari*
Philip Ferrari

### ORDER

Having considered the parties' Stipulation to Modify Conditions of Supervised Release to Allow Travel for Work Purposes, the defendant's terms of supervised release should be modified to allow travel for work purposes.

IT IS SO ORDERED.

Dated: June 4, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE