GEORGE G. MGDESYAN, SBN 225476
MGDESYAN LAW FIRM
15260 Ventura Blvd., Penthouse 800
Sherman Oaks, CA 91403
Telephone: (818) 386-6777
Facsimile: (818) 754-6778
Email: george@mgdesyanlaw.com

Attorney for Defendant
MIGRAN PETROSYAN

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** 2:08-CR-00427-02 |
| Plaintiff, | **ORDER** |
| vs. | |
| MIGRAN PETROSYAN | |
| Defendant | |

Having considered the defendant's Application to Allow Travel to Armenia, the defendant MIGRAN PETROSYAN's conditions of supervised release are modified so as to allow defendant to travel to Armenia from September 20, 2018 through October 10, 2018. Defendant shall report to probation upon his return.

IT IS SO ORDERED.

Dated: August 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE